The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS BONIFACIO JIMENEZ-GAMEZ,<br><br>Defendant. | NO. CR19-245 RSM<br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to Defendant Jesus Bonifacio Jimenez-Gamez.

///

///

///

ORDER OF DISMISSAL - 1
*United States v. Jimenez-Gamez*, CR19-245 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED:

All pending charges in the above-captioned case as to this Defendant are dismissed, without prejudice.

Dated this 3rd day of February, 2020.

*[signature]*
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Lyndsie R. Schmalz*
LYNDSIE R. SCHMALZ
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101

ORDER OF DISMISSAL - 2
*United States v. Jimenez-Gamez*, CR19-245 RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970